**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 06-60006 |
| VERSUS | JUDGE MELANÇON |
| MEHMOOD M. PATEL, M.D. | MAGISTRATE JUDGE METHVIN |

**ORDER**

Before the Court are the government's Motion to Permit the Introduction of Summary Charts at Trial [Rec. Doc. 64] and the defendant's Opposition thereto [Rec. Doc. 71]. Upon the government's requisition, the request to present charts "... summarizing the numerous patients/procedures and evidence presented concerning each patient/procedure" is **WITHDRAWN**. Further, after review of the parties' briefs and for the oral reasons assigned during the telephone conference conducted this date, and It is

**ORDERED** that the government's request to present summary charts outlining the "Federal, Medicare, and American College of Cardiology Guidlines and Regulations" and "[c]harts summarizing the billing, reimbursement, CPT codes and other codes used to bill, the number and types of procedures performed during the time period in the indictment, etc." is **GRANTED** subject to the right of the defendant to review and inspect such charts prior to trial. In order to facilitate the defendant's review of the charts, ninety (90) days prior to trial the government is to provide counsel for the defendant with a copy of each and every chart sought to be

introduced. The defendant is to file his objections, if any there be, within thirty (30) days of receipt of the government's proposed charts.

**IT IS FURTHER ORDERED** that the government's request to introduce summary charts outlining "[t]he Defendant's medicare billing peer rankings for the time period stated in the indictment" is **DENIED** subject to the government's right to re-urge this motion, if appropriate, on rebuttal.

**THUS DONE AND SIGNED** this 12th day of February, 2008 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE